# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH MICHAEL DEVON ENGEL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:20-cv-01823-SRC |
| ERDCC, et al., | ) ) ) | |
| Defendants. | ) | |

## Memorandum and Order

This matter is before the Court on Plaintiff Joseph Michael Devon Engel's motion to proceed in forma pauperis on appeal. Doc. 5. When this Court dismissed Engel's case, it certified in writing that an appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3) (providing that "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith"). It is not apparent that Engel now seeks appellate review of any issue that is not frivolous. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962) (explaining that "good faith" is "judged by an objective standard," and that it is "demonstrated when [plaintiff] seeks appellate review of any issue not frivolous"). Accordingly, the Court denies Engel's [5] motion for leave to proceed in forma pauperis on appeal.

So Ordered this 28th day of June 2021.

_SL R. CR_
STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE